AO 108 (Rev. 06/09)  Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

In the Matter of the Seizure of ) 
*(Briefly describe the property to be seized)* ) 
) Case No. 
) 
) 

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of _____ is subject to forfeiture to the United States of America under _____ U.S.C. § _____ *(describe the property)*:

The application is based on these facts:

❒ Continued on the attached sheet.

_____
*Applicant's signature*

_____
*Printed name and title*

Sworn to me via telephone or other reliable electronic means
and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: _____

*Molly H. Cherry*
_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*